| | |
|---|---|
| 1  DANIEL J. BRODERICK, Bar #89424<br>    Acting Federal Defender |  |
| 2  CARRIE LEONETTI, Maryland Bar<br>    Assistant Federal Defender | |
| 3  Designated Counsel for Service<br>    2300 Tulare Street, Suite 330 | JUN 0 5 2006 |
| 4  Fresno, California 93721-2226 | CLERK, U.S. DISTRICT COURT |
| 5  Telephone: (559) 487-5561 | EASTERN DISTRICT OF CALIFORNIA<br>BY_____ |
|    Attorney for Defendant | DEPUTY CLERK |
| 6  STEPHANIE KAY HOOD | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:06-mj-0099 |
| Plaintiff, | ) | |
| | ) | WAIVER OF DEFENDANT'S PERSONAL |
| v. | ) | PRESENCE (Fed. R. Crim. P. 43(b)(3)), AND |
| | ) | [~~PROPOSED~~] ORDER THEREON |
| STEPHANIE KAY HOOD, | ) | |
| | ) | |
| Defendant. | ) | |

**WAIVER OF PERSONAL APPEARANCE**

I hereby waive my right to be present in person in open court in the above-entitled case for any proceeding involving only a conference or hearing upon a question of law, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before trial except for initial arraignment and plea, and not including every trial stage, including jury impanelment and the return of the verdict, and sentencing. I request the court to proceed during any of my absences which the court may permit pursuant to this waiver. I agree that my interests will be deemed to be represented at all times by the presence of my attorney, as if I were personally present; and I further agree to be present in person in court ready for trial, any day and hour the court may fix in my absence. I agree to stay in contact with my attorney to be informed of

///

///

any obligations to appear before this court.

DATED: June 5, 2006

/s/ Stephanie Kay Hood
Defendant

409 S. Waverly Lane, #F
Address

Fresno, CA 93727
City and State

APPROVED: June 5, 2006

/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant

### ORDER

The defendant is excused from personal appearance at:

1. the status conference scheduled for June 5, 2006, and except as modified by further order of this court, and

2. all hearings in this matter except for initial appearance, initial arraignment, and the plea, every trial stage, including jury impanelment and the return of the verdict; and sentencing.

IT IS SO ORDERED.

Dated: June 5, 2006.

The Hon. Lawrence J. O'Neill
United States Magistrate Judge